UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

NAEL SHAMMA,

      Petitioner,                           Case No. 1:26-cv-492

v.                                     Honorable Jane M. Beckering

KEVIN RAYCRAFT et al.,

      Respondents.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED** as set forth herein.

**IT IS FURTHER ORDERED** that Respondents shall release Petitioner from detention, subject to any conditions of release that existed prior to Petitioner's present detention.

**IT IS FURTHER ORDERED** that Respondents shall file a status report within five days of the date of this Judgment to certify compliance with the Court's Opinion and Judgment

**IT IS FURTHER ORDERED** that the United States Department of Homeland Security, the United States Attorney General, and the Executive Office for Immigration Review are **DISMISSED** as Respondents.

Dated:    March 4, 2026                         /s/ Jane M. Beckering
                                                            Jane M. Beckering
                                                            United States District Judge